Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This Document Relates to: | ) |
| | ) |
| *Grant Kiser v. Pfizer Inc, et al.* | ) **MDL NO. 1699** |
| (06-6118 CRB) | ) **District Judge:  Charles R. Breyer** |
| | ) |
| *Connie Friedman-May, et al. v. Pfizer Inc, et al.* | ) |
| (06-6119 CRB) | ) |
| | ) |
| *Noralynn Roman, et al. v. Pfizer Inc, et al.* | ) **STIPULATION AND ORDER OF** |
| (06-6120 CRB) | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| *Sylvania Lawson, Jr., et al. v. Pfizer Inc, et al.* | ) |
| (06-6121 CRB) | ) |
| | ) |
| *Robert McCarrell v. Pfizer Inc, et al.* | ) |
| (06-6124 CRB) | ) |
| | ) |
| *Doris Hocker v. Pfizer Inc, et al.* | ) |
| (06-6129 CRB) | ) |
| | ) |
| *Patricia Rogers v. Pfizer Inc, et al.* | ) |
| (06-6130 CRB) | ) |
| | ) |
| *Robert Bates, et al. v. Pfizer Inc, et al.* | ) |
| (06-6131 CRB) | ) |
| | ) |
| *Patrick Lynch v. Pfizer Inc, et al.* | ) |
| (06-6132 CRB) | ) |
| | ) |
| *Christine Sullivan, et al. v. Pfizer Inc, et al.* | ) |
| (06-6157 CRB) | ) |

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2584625.1

| | |
|---|---|
| 1 | *Robert E. Murray, et al. v. Pfizer, Inc, et al.* ) |
| | (06-6158 CRB) ) |
| 2 | ) |
| 3 | *Donald Davidson, et al. v. Pfizer Inc, et al.* ) |
| | (06-6161 CRB) ) |
| 4 | *Delores Poyner v. Pfizer Inc, et al.* ) |
| | (06-6165 CRB) ) |
| 5 | ) |
| 6 | *James Chapman, et al. v. Pfizer Inc, et al.* ) |
| | (06-6166 CRB) ) |
| 7 | *Michael Aquino, et al. v. Pfizer Inc, et al.* ) |
| | (06-6168 CRB) ) |
| 8 | ) |
| 9 | *Marie Shepard, et al. v. Pfizer Inc, et al.* ) |
| | (06-6169 CRB) ) |
| 10 | *James I. Jones, et al. v. Pfizer Inc, et al.* ) |
| | (06-6171 CRB) ) |
| 11 | ) |
| 12 | *Thomas Kamin, et al. v. Pfizer Inc, et al.* ) |
| | (06-6173 CRB) ) |
| 13 | *Ruben Dominguez v. Pfizer Inc, et al.* ) |
| | (06-6180 CRB) ) |
| 14 | ) |
| 15 | *Jennie Graziano v. Pfizer Inc, et al.* ) |
| | (06-6186 CRB) ) |
| 16 | *Leroy Horton, et al. v. Pfizer Inc, et al.* ) |
| | (06-6190 CRB) ) |
| 17 | ) |
| 18 | *Jerry Henry, et al. v. Pfizer Inc, et al.* ) |
| | (06-6091 CRB) ) |
| 19 | *Lyle Johnson v. Pfizer Inc, et al.* ) |
| | (06-6194 CRB) ) |
| 20 | ) |
| 21 | *Terry Smith v. Pfizer Inc, et al.* ) |
| | (06-6195 CRB) ) |
| 22 | *Barbara Dondero, et al. v. Pfizer Inc, et al.* ) |
| | (06-6196 CRB) ) |
| 23 | ) |
| 24 | *Barbara Hall v. Pfizer Inc, et al.* ) |
| | (06-6197 CRB) ) |
| 25 | *Patricia Parson v. Pfizer Inc, et al.* ) |
| | (06-6198 CRB) ) |
| 26 | ) |
| 27 | *Effie Crockett, et al. v. Pfizer Inc et al.* ) |
| | (06-6199 CRB) ) |
| 28 | *Lola Kolsen, et al. v. Pfizer Inc, et al.* ) |

-2-

| | | |
|---|---|---|
| 1 | (06-6200 CRB) | ) |
| 2 | *Louis Pratt v. Pfizer Inc, et al.*<br>(06-6201 CRB) | ) ) |
| 3 | | ) |
| 4 | *Paul Madison v. Pfizer Inc, et al.*<br>(06-6202 CRB) | ) ) |
| 5 | *Nancy Smith, et al. v. Pfizer Inc, et al.*<br>(06-6203 CRB) | ) ) |
| 6 | | ) |
| 7 | *Walter Johnston v. Pfizer Inc, et al.*<br>(06-6204 CRB) | ) ) |
| 8 | *Murry McEwen v. Pfizer Inc, et al.*<br>(06-6205 CRB) | ) ) |
| 9 | | ) |
| 10 | *Charles Griffin, et al. v. Pfizer, Inc, et al.*<br>(06-6206 CRB) | ) ) |
| 11 | *Debbie Dethrage v. Pfizer Inc, et al.*<br>(06-6207 CRB) | ) ) |
| 12 | | ) |
| 13 | *Thomas Saunders, et al. v. Pfizer Inc, et al.*<br>(06-6208 CRB) | ) ) |
| 14 | *Rex McDonald v. Pfizer Inc, et al.*<br>(06-6210 CRB) | ) ) |
| 15 | | ) |
| 16 | *Winetta P. Gillet, et al. v. Pfizer Inc, et al.*<br>(06-6211 CRB) | ) ) |
| 17 | *Marjory Goodwin v. Pfizer Inc, et al.*<br>(06-6212 CRB) | ) ) |
| 18 | | ) |
| 19 | *Joy Glenn, et al. v. Pfizer Inc, et al.*<br>(06-6213 CRB) | ) ) |
| 20 | *Connie Henderson, et al. v. Pfizer Inc, et al.*<br>(06-6283 CRB) | ) ) |
| 21 | | ) |
| 22 | *Aubrey Richardson, et al. v. Pfizer Inc, et al.*<br>(06-7201 CRB) | ) ) |
| 23 | *Glenn Snyder, et al. v. Pfizer Inc, et al.*<br>(06-7202 CRB) | ) ) |
| 24 | | ) |
| 25 | *Jacques Tetrault, et al. v. Pfizer Inc, et al.*<br>(06-7203 CRB) | ) ) |
| 26 | *Patricia Stevens v. Pfizer Inc, et al.*<br>(06-7204 CRB) | ) ) |
| 27 | | ) |
| 28 | *Robert Jennings, et al. v. Pfizer Inc, et al.*<br>(06-7205 CRB) | ) ) |

-3-

EAST\42584625.1

1

2

*Alice Richardson, et al. v. Pfizer Inc, et al.*
(06-7206 CRB)

3

4

*Steve Pardikes v. Pfizer Inc, et al.*
(06-7306 CRB)

5

*Rosalyn Chute v. Pfizer Inc, et al.*
(06-7381 CRB)

6

7

*Carolyn Carter v. Pfizer Inc, et al.*
(06-7570 CRB)

8

*Margoth Gonzalez v. Pfizer Inc, et al.*
(06-7571 CRB)

9

10

*Albert Blossom, et al. v. Pfizer Inc, et al.*
(06-7676 CRB)

11

*Viola Porter v. Pfizer Inc, et al.*
(06-7882 CRB)

12

13

*Tami McKibben, et al. v. Pfizer Inc, et al.*
(06-7883 CRB)

14

*Joyce Matson, et al. v. Pfizer Inc, et al.*
(06-7958 CRB)

15

16

*Michael Gatz, v. Pfizer Inc, et al.*
(06-7959 CRB)

17

*Shamela Carr v. Pfizer Inc, et al.*
(07-0022 CRB)

18

19

*John Kennedy, Jr., et al. v. Pfizer Inc, et al.*
(07-0023 CRB)

20

*Debi Sweet v. Pfizer Inc, et al.*
(07-0231 CRB)

21

22

*Clarence Bridges v. Pfizer Inc, et al.*
(07-0413 CRB)

23

*Elizabeth Hilton, et al. v. Pfizer Inc, et al.*
(07-0611 CRB)

24

25

*Jeffrey Howard, et al. v. Pfizer Inc, et al.*
(07-0816 CRB)

26

*Brenda Brunson, et al. v. Pfizer Inc, et al.*
(07-1280 CRB)

27

28

*Bernadette Wilson-Blakeney v. Pfizer Inc, et al.*
(07-1353 CRB)

-4-

EASTW2584625.1

| | |
|---|---|
| 1 | *Emma White, et al. v. Pfizer Inc, et al.* )<br>(07-1432 CRB) ) |
| 2 | ) |
| 3 | *Abraham Nicholas v. Pfizer Inc, et al.* )<br>(07-1570 CRB) ) |
| 4 | *Vanessa King v. Pfizer Inc, et al.* )<br>(06-6815 CRB) ) |
| 5 | ) |
| 6 | *Jack Isaacs v. Pfizer Inc, et al.* )<br>(07-1991 CRB) ) |
| 7 | *Michael Coleman v. Pfizer Inc, et al.* )<br>(07-1992 CRB) ) |
| 8 | ) |
| 9 | *Detrea Robinson v. Pfizer Inc, et al.* )<br>(07-2630 CRB) ) |
| 10 | *Edna Burnette v. Pfizer Inc, et al.* )<br>(07-2690 CRB) ) |
| 11 | ) |
| 12 | *Belinda Rolston, et al. v. Pfizer Inc, et al.* )<br>(07-2691 CRB) ) |
| 13 | *Lorraine Maher v. Pfizer Inc, et al.* )<br>(07-2692 CRB) ) |
| 14 | ) |
| 15 | *Cloteal Smith, et al. v. Pfizer Inc, et al.* )<br>(07-3284 CRB) ) |

16  Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

17  the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

18  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

19  each side bearing its own attorneys' fees and costs.

20

21

22

23

24

25

26

27

28

-5-

1

DATED: 10-29, 2009        By: _____

2

3                                    **WEITZ & LUXENBERG, PC**
                                     700 Broadway
4                                    New York, New York 10003
                                     Telephone: 212-558-5000
5                                    Facsimile: 212-344-5461

6                                    *Attorneys for Plaintiffs*

7    DATED: Nov. 2, 2009       By: _____

8                                    **DLA PIPER LLP (US)**
9                                    1251 Avenue of the Americas
                                     New York, New York 10020
10                                   Telephone: 212-335-4500
                                     Facsimile: 212-335-4501

11                                   *Defendants' Liaison Counsel*

12

13

14   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
15   IT IS SO ORDERED.**

16

17   Dated: NOV 1 3 2009

     Hon. Charles R. Breyer
18   United States District Court

19

20

21

22

23

24

25

26

27

28

-6-

EASTW2584625.1

PFZR/1035934/11132569v.1